UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>       Plaintiff,<br><br>    v.<br><br>BELMONT H.C.F.C., INC., et al.,<br><br>       Defendants. | Case No. 4:19-cv-03061-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**<br><br>Re: Dkt. No. 21 |

On November 25, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: November 30, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge